UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD RAY, JR.,

        Plaintiff,

     v.

CAESAR BASA, et al.,

        Defendants.

                           /

No. C 11-2923 YGR (PR)

**JUDGMENT**

     Pursuant to the Court's Order of Dismissal With Prejudice dated October 30, 2013, a judgment of DISMISSAL with prejudice is hereby entered.  28 U.S.C. § 1915A.

     IT IS SO ORDERED.

DATED: November 14, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**United States District Court**
For the Northern District of California

G:\PRO-SE\YGR\CR.11\Ray2923.jud.wpd