UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RAY, JR., | No. C 11-2923 YGR (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAESAR BASA, et al., | |
| Defendants. / | |

Pursuant to the Court's Order of Dismissal With Prejudice dated October 30, 2013, a judgment of DISMISSAL with prejudice is hereby entered.  28 U.S.C. § 1915A.

IT IS SO ORDERED.

DATED: November 14, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Ray2923.jud.wpd