UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD V. RAY, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAESAR BASA, et al.,<br><br>　　　　Defendants. | Case No.　11-cv-02923-YGR (PR)<br><br>**JUDGMENT** |

　　For the reasons set forth in this Court's Order Granting Defendants' Motions for Summary Judgment; and Addressing Pending Motions,

　　IT IS ORDERED AND ADJUDGED

　　That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: March 27, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　United States District Judge